MULLIGAN v. REMINGTON et al. (Supreme Court, Appellate Division, Fourth De-

partment. May 9, 1906.) Action by Edward W. Mulligan against Harvey F. Remington and others. No opinion. Order reversed, with $10 costs and disbursements, and motion granted.